UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PAULA STATEN | CIVIL ACTION NO. 11-cv-1550 |
| VERSUS | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for report and recommendation. After an independent review of the record, noting the absence of objections by the defendant, the Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings of fact and conclusions of law contained therein as its own.  Accordingly, it is

**ORDERED** that the decision of the Commissioner of the Social Security Administration is REMANDED. The Administrative Law Judge is to comply with Magistrate Judge Hill's instructions set out on pages fourteen (14) and fifteen (15) of the Report and Recommendation.

Thus done and signed in Lafayette, Louisiana, this 29 day of November, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE